United States District Court
Southern District of Texas
**ENTERED**
September 20, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| OVERVILLE DENTON THOMPSON, JR., | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 2:21-CV-00154 |
| BOBBY LUMPKIN, *et al.*, | § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pursuant to the Court's order adopting Magistrate Judge Julie Hampton's Memorandum and Recommendation, (D.E. 26), the Court enters final judgment dismissing Plaintiff's 42 U.S.C. § 1983 petition. (D.E. 1). The Clerk of Court is **DIRECTED** to **CLOSE** this case.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
     September 20, 2022

1 / 1